FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

APR 3 2026

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JERRY LEE KING,<br><br>       Plaintiff - Appellant,<br><br> v.<br><br>R. VILLEGAS; P. CRUZ; J. CURRY,<br><br>       Defendants - Appellees. | No. 23-1713<br><br>D.C. No.<br>1:17-cv-00676-JLT-EPG<br>Eastern District of California,<br>Fresno<br><br>**ORDER** |

**MURGUIA**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 40(c) and Circuit Rule 40-3. The three-judge panel opinion is vacated.